Clarence E. Evans, an Infant, by Edward Evans, His Guardian ad Litem, Respondent, v. Eastman Kodak Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the authority of the decision in the same case on former appeal, reported at 129 Appellate Division, 768. All concurred, except Kruse and Robson, JJ., who dissented.

Blanche Sherman, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment reversed and new trial ordered with costs to appellant to abide event. Held, that the evidence as to defendant's negligence and plaintiff's freedom from contributory negligence presented questions of fact for the jury. All concurred, except Robson, J.; who dissented.

William P. Tucker, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Iva E. Sprague, Respondent, v. The Phœnix Insurance Company of Hartford, Conn., Appellant.— Judgment and order affirmed, with costs. All concurred.

Cora B. Flynn, Respondent, v. The New York, Auburn and Lansing Railway Company, Appellant.— Order affirmed, with costs. All concurred.

Henry Shuler, Appellant, v. The R. S. Weston Truck Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

Melvin P. Ellison, as Administrator, etc., of Jane Ellison, Deceased, Respondent, v. George W. Ford, as Administrator, etc., of Daniel A. Ford, Deceased, Appellant.— Judgment and order affirmed, with costs. All concurred.

Esther S. Stanfield, as Administratrix, etc., of Frederick Stanfield, Deceased, Appellant; v. Town of Hamburg, Respondent.— Order affirmed, with costs. All concurred; McLennan, P. J., upon the ground that it would not be proper to reinstate the verdict, but is of the opinion that the question of defendant's negligence and the question of the intestate's freedom from contributory negligence are questions of fact for the jury; Spring, J., on the ground that the plaintiff failed to establish the negligence of the defendant or the intestate's freedom from contributory negligence.

Irene Secord, Respondent, v. William Broadhead and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

International Text Book Company, Respondent, v. George E. Burmaster, Appellant.— Judgment affirmed, with costs. All concurred.

Addie E. Kline, Respondent, v. The City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elizabeth Schmitt, Respondent, v. New York Life Insurance Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Margaret Flarcty and Charles A. Case, as Administrators, etc., of John Kane, Deceased, Appellants, v. John Schuppenhauer, Respondent.— Judgment reversed and new trial ordered, before another referee, with costs to appellant to abide event, upon questions of fact. Held, that the decision is contrary to and against the weight of the evidence. All concurred, except Robson, J., who dissented; Kruse, J., not sitting.